UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:21-cr-31 (JCH) |
| DONNA MONTICONE | : | May 24, 2021 |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

Ms. Monticone submits this brief supplement to her Memorandum in Aid of Sentencing, which was filed on May 12, 2021. *See* ECF No. 20. Ms. Monticone submits this supplement to provide additional information relative to her sentencing hearing on May 25, 2021.

**I.   PERSONAL HISTORY AND CHARACTERISTICS: THE IMPACT OF MS. MONTICONE'S ADDICTION ON THE INSTANT OFFENSE CONDUCT.**

Ms. Monticone has been engaged in regular counseling with her therapist, Susan Boritz, who is a licensed alcohol and drug counselor (LADC). Ms. Bortiz's assessment of her diagnosis, the course of her addiction, and her observations about Ms. Monticone's commitment to sobriety are detailed in the attached letter, which is filed under seal as Exhibit H.

**II.   RESTITUTION**

Ms. Monticone agrees that the Court should enter an order of restitution in the amount of $637.56, payable to the crime victims' fund. Based on undersigned counsel's conversations with counsel for the Government, Ms. Monticone cannot make a payment toward this amount until the restitution is ordered by the Court because the payment will be directed to a fund rather than to an individual. Ms. Monticone is prepared to pay the restitution in full on the day of sentencing once the order has been entered by the Court.

                                            Respectfully submitted,

                                            THE DEFENDANT,
                                            Donna Monticone

                                            OFFICE OF THE FEDERAL DEFENDER

Dated: May 24, 2021              /s/ *Allison M. Near*
                                            Allison M. Near
                                            Assistant Federal Defender
                                            265 Church Street, Suite 702
                                            New Haven, CT 06510
                                            Phone: (203) 498-4200
                                            Bar No.: ct27241
                                            Email: allison_near@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 24, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Allison M. Near
                                            Allison M. Near