Criminal Std (6/13/2012)

HONORABLE: Janet C. Hall
DEPUTY CLERK Diahann Lewis    RPTR/ECRO/TAPE Terri Fidanza
USPO _____    INTERPRETER _____

TOTAL TIME: ____ hours  30 minutes
DATE: 5/24/2021   START TIME: 1:30   END TIME: 2:00

## COURTROOM MINUTES

| | | | |
|---|---|---|---|
| ☐ IA-INITIAL APPEAR ☐ | ☐ BOND HRG | ☐ CHANGE OF PLEA | ☐ IN CAMERA HRG |
| ☐ IA- RULE 5 | ☐ DETENTION HRG | ☐ WAIVER/PLEA HRG | ☐ COMPETENCY HRG |
| ☐ ARRAIGNMENT | ☐ PROBABLE CAUSE | ☐ EXTRADITION HRG | ☐ FORFEITURE |
| ☐ CONFLICT HRG | ☐ EVIDENTIARY HRG | ☒ STATUS CONF | ☐ MOTION HRG |

CRIMINAL NO. 3:21cr31 (JCH)   DEFT # _____

Raymond Miller
AUSA

**UNITED STATES OF AMERICA**
vs
Donna Monticone

Allison Near
Counsel for Defendant  Ret ☐  CJA ☐  PDA ☐

☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
☐ ...... Order Appointing Federal Public Defender's Office filed
☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ...... Appearance of _____ filed
☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
☐ ......Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____
☐ ...... Petition to Enter Guilty Plea filed                                   (indict, superseding indict, info)
☐ ...... Defendant motions due _____ ; Government responses due _____
☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ....... Hearing on Pending Motions scheduled for _____ at _____
☐ ...... Jury Selection set for _____ at _____
☐ ...... Remaining Count(s) to be dismissed at sentencing
☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
☐ ...... Special Assessment of $_____ on count(s) _____. Total $ _____ ☐ Due immediately ☐ Pay at sentencing
☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Order of Detention filed
☐ ...... Deft ordered removed/committed to originating /another District of _____
☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ...... Waiver of Rule 5 Hearing filed
☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ ...... Defendant detained
☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
☐ ...... Set Attorney Flag and notify Federal Grievance Clerk
                                    ☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ....... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: